ACCEPTED
12-15-00119-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/2/2015 2:40:34 PM
Pam Estes
CLERK

NO. 12-15-00119-CV

IN THE
TWELFTH COURT OF APPEALS
TYLER TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/2/2015 2:40:34 PM

PAM ESTES
Clerk

---

DEBRA DENT LEAL A/K/A
DEBBIE D. LEAL, AND TANGO
TRANSPORT, INC., AND TANGO
TRANSPORT, LLC.                                    Appellants

vs.

JAMES JORDAN                                        Appellee

---

Appealed from the 115th District Court
Upshur County, Texas
Cause No. 588-12
Honorable Lauren Parish, Presiding Judge

---

APPELLEE'S OBJECTIONS TO MOTION FOR CONTINUANCE
PURSUANT TO RULE 10.5(B)

---

J. R. "Rusty" Phenix
State Bar No. 15908300
PHENIX & CRUMP
P. O. Box 1005
Henderson, Texas 75653
903.657.3595
903.657.3598 - Facsimile
ATTORNEY FOR APPELLEE

TO THE HONORABLE COURT OF APPEALS:

Now comes, JAMES JORDAN, Appellee, who makes and files his objections to the Motion for Continuance Pursuant to Rule 10.5(B) filed by Appellant on October 30, 2015 and for such would show the Court the following:

1.

The Jury verdict on the action the subject of this appeal occurred on November 10, 2014.

2.

The Trial Court rendered Judgment on this action on January 29, 2015.

3.

This action has further been delayed by Appellants late filing of its Notice of Appeal, late payment of filing fees, late payment of initial court reporter's fees until almost two months after receiving notice of such late payment, and now late payment of additional court reporter's fees required to obtain the most recent volume from the court reporter.

4.

Appellant now requests an additional thirty (30) days in a Second Request for an Extension of the Deadline to File Appellant's Brief.

5.

For the reasons stated above, Appellee objects to Appellants request for additional time and alternatively to the request for thirty (30) days time.

WHEREFORE, PREMISES CONSIDERED, Appellee requests that the Court deny the Motion to extend time for filing its brief and for such other and further relief to which Appellee may be justly entitled and for which Appellee will ever pray.

Respectfully submitted,

PHENIX & CRUMP
118 S. MAIN
POST OFFICE BOX 1005
HENDERSON, TEXAS 75654
903/657-3595
903/657-3598 – FACSIMILE


BY: ___/s/ J. R. "Rusty" Phenix_____
          J. R. "RUSTY" PHENIX
          State Bar No. 15908300
          *Attorney for Appellee*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been forwarded by in accordance with the Texas Rules of Civil Procedure, on this the ___2nd___ day of November, 2015 addressed/directed as follows:

**Matthew Thigpen**
LADD & THIGPEN, P.C.
235 S. Broadway, Suite 200
Tyler, Texas 75702
Facsimile: 903/705-7221


          _/s/ J. R. "Rusty" Phenix_____
          J. R. "RUSTY" PHENIX